# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY RAY CROSS,<br>    Petitioner,<br>    v.<br>TERRI GONZALEZ, Warden,<br>    Respondent. | CV 07-5730 JSL (FMO)<br><br>JUDGMENT |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

*/s/ Spencer Letts*

DATED: March 28, 2011              _____
                                                    J. Spencer Letts
                                          United States District Judge